UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IDENIX PHARMACEUTICALS, INC. and JEAN-PIERRE SOMMADOSSI, Ph.D.<br><br>Plaintiffs,<br><br>v.<br><br>THE UAB RESEARCH FOUNDATION,<br><br>Defendant. | CIVIL ACTION NO.<br>CV 04:10599 RWZ |

## STIPULATION OF VOLUNTARY DISMISSAL

No responsive pleading having yet been filed, and the parties having resolved this matter, the plaintiffs hereby voluntarily dismiss this action with prejudice.

        The Plaintiffs,

        By their attorneys,

        /s/Joan A. Lukey_____
        Joan A. Lukey (BBO #307340)
        Hale and Dorr LLP
        60 State Street
        Boston, MA 02109
        (617) 526-6798

        OF COUNSEL:

        Warren B. Lightfoot
        Sara Ford
        Lightfoot, Franklin & White, LLC
        The Clark Building
        400 20th St. North
        Birmingham, Alabama 35203

- 2 -

BOSTON 1920993v1